IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-01170 -ZLW-CBS

NCS PEARSON, INC., a Minnesota corporation,

    Plaintiff,

v.

COMPUTER INFORMATION CONCEPTS, INC., a Colorado corporation,

    Defendant.

_____

## ORDER
_____

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

Dated at Denver, Colorado, this   24th , day of June, 2005.

                                              BY THE COURT:


                                              s/Zita L. Weinshienk

                                              _____

                                              ZITA L. WEINSHIENK, Senior Judge
                                              United States District Court