IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01170-EWN-CBS

NCS PEARSON, INC., a Minnesota corporation,

        Plaintiff,

v.

COMPUTER INFORMATION CONCEPTS, INC.,
a Colorado corporation,

        Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER, having come before the Court upon the parties' **STIPULATION OF DISMISSAL WITH PREJUDICE**, and the Court, being fully advised of the premises therein, **ORDERS** this case is dismissed, with prejudice, each party to pay its own costs and attorney fees.

Dated this 1st day of December, 2005.

        BY THE COURT

        s/ Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        United States District Judge